**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| WILLIAM WAYNE BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-12-0499-F |

**ORDER**

Plaintiff William Wayne Brooks brings this action pursuant to 42 U.S.C. §405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration which denied plaintiff's application for disability insurance benefits and supplemental security income under the Social Security Act.

Magistrate Judge Shon T. Erwin issued a Report and Recommendation on May 24, 2013 (doc. no. 24), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings. In his Report and Recommendation, the magistrate judge advised the parties of their right to object to the Report and Recommendation by June 7, 2013. He also advised them that failure to make timely objection to the Report and Recommendation waives the right to appellate review of factual and legal issues addressed therein. Neither party has filed an objection to the Report and Recommendation, and neither party has requested an extension of time within which to file any objection to the Report and Recommendation.

With no objection being filed, and having reviewed the Report and Recommendation, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report and Recommendation should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Erwin as stated in his Report and Recommendation. The decision of the Commissioner is hereby **REVERSED** and this matter is hereby **REMANDED** for further administrative proceedings consistent with the Report.

Dated this 13th day of June, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0499p002.wpd